**Order filed December 5, 2013, Withdrawn and Order filed December 5, 2013.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-13-00951-CV

————————

**IN THE INTEREST OF T.T.A. AKA T.T.A., D.T.S.A. JR. AKA D.T.S.A. JR., D.D.A AKA D.D.A, J.J.A AKA J.J.A, L.D.J. JR. AKA L.D.A. JR., C.D.D. II AKA D.D.D. JR., N. A. B AKA N. B., CHILDREN, Children**

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-01847J**

## ORDER

Our order of December 5, 2013, to file a brief with the clerk of this court on or before December 15, 2013, is withdrawn.

Appellant's motion to substitute counsel is GRANTED.

Appellant's motion for an extension of time to file his brief is GRANTED to December 30, 2013. No further extensions will be entertained absent exceptional circumstances.

PER CURIAM